# THE LAW OFFICES OF JOHN M. RODRIGUEZ
### 286 MADISON AVENUE
### SUITE 2002
### NEW YORK, NEW YORK 10017
### (212) 889-5511

August 8, 2008

**VIA FACSIMILE 212 805.6191**
Honorable Barbara S. Jones
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re: United States v. Eric A. Chambrier
> 08 Cr. 519 (BSJ)

Dear Judge Jones:

Today, August 8, 2008, defense motions are due. Unfortunately, I have not been able to contact my client, Mr. Chambrier, who lives in Harrisburg, Va., since Monday, August 4, 2008. Consequently, he is not available to sign his declaration. We therefore request of the court a short adjournment to contact Mr. Chambrier for the aforementioned purpose. One week should be sufficient.

We have attempted to contact AUSA Ely, or Natalie LeMarc for consent. Ms. Ely is on trial before Judge Chin and Ms. LeMarc is not available. Messages outlining our request have been left with both parties.

Should this request be granted, we respectfully request Your Honor's Chambers to advise as to a suitable compliance date.

Sincerely yours,

John M. Rodriguez

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/08

Application Granted. Defense motions are now due on or before August 15, 2008.

SO ORDERED.
Dated: 8/8/08
BARBARA S. JONES
U.S.D.J.